```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14242
    FRANK P LOTTA
    SARIE J LOTTA                           CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

           Debtor
    SSN XXX-XX-6274    SSN XXX-XX-3996
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/02/06 and confirmed on 05/10/07.

2. The case was dismissed after confirmation, 11/20/2008.

3. The Debtor paid a total of $ 19334.49 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIA CARD SERVICES | SECURED VEHIC | 14475.74 | 1047.67 | 6672.42 |
| PATELCO CREDIT UNION | SECURED VEHIC | 10875.55 | 922.75 | 4180.40 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13842.69 | .00 | 738.10 |
| ECAST SETTLEMENT CORP | UNSECURED | 496.14 | .00 | 19.69 |
| WILLIAM P DANNA | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 7854.35 | .00 | 418.80 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1461.14 | .00 | 77.90 |
| BANK ONE/JPM CHASE | UNSECURED | 3112.51 | .00 | 165.96 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CROWLEY BARRETT & KARABA | UNSECURED | 1723.00 | .00 | 91.87 |
| DISCOVER BANK | UNSECURED | 13523.38 | .00 | 721.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1156.77 | .00 | 61.68 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1987.23 | .00 | 105.97 |
| LORD & TAYLOR | UNSECURED | NOT FILED | .00 | .00 |
| FEDERATED RETAIL HOLDING | UNSECURED | 837.64 | .00 | 38.59 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 350.55 | .00 | 16.14 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 170.31 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 625.23 | .00 | 33.34 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 409.29 | .00 | 16.25 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE USA | UNSECURED | 284.11 | .00 | 15.14 |
| ROUNDUP FUNDING LLC | UNSECURED | 7599.36 | .00 | 405.21 |
| ROUNDUP FUNDING LLC | UNSECURED | 596.62 | .00 | 31.83 |

```
US CELLULAR                 UNSECURED       NOT FILED              .00             .00
ROUNDUP FUNDING LLC         UNSECURED          466.12              .00           18.51
ROUNDUP FUNDING LLC         UNSECURED          881.49              .00           35.00
PREMIER BANKCARD/CHARTER    UNSECURED          345.91              .00           15.94
BECKET & LEE LLP            UNSECURED         2350.03              .00          125.29
     Summary of disbursements:
------------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 25351.29          .00     60073.87         .00      85425.16
PRINCIPAL PAID     10852.82          .00      3152.29         .00      14005.11
INTEREST PAID       1970.42          .00           .00        .00       1970.42
TOTAL PAID         12823.24          .00      3152.29         .00      15975.53
```

The Debtor's attorney, RICHARD T JONES            , was allowed $    3000.00
and was paid $     500.00   direct and $   2500.00   through the plan.

The Trustee received $    858.96 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 06 B 14242 FRANK P LOTTA & SARIE J LOTTA